# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY SMITH, | 1:07-cv-00303-LJO-TAG-HC |
|     Petitioner, | |
| v. | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| JAMES YATES, | |
|     Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:  **April 6, 2007**                      **/s/ Theresa A. Goldner**
**j6eb3d**                                       UNITED STATES MAGISTRATE JUDGE